# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-2254-R                                    DATE: APRIL 13, 2011

TITLE: INTERNATIONAL FAMILIES ASSOCIATION -V- ELECTRONIC PAYMENTS

================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                                    Not present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                              FEDERAL JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON APRIL 25,

2011 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL

JURISDICTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL

OF THE ACTION.


cc: counsel of record

**MINUTES FORM II**                                                 Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                      D-M